IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN RABE,                                                                  No. CV 07-02698 TEH

        Plaintiff,

  v.                                                                                    **JUDGMENT IN A CIVIL CASE**

DIRECTOR WARDEN,

        Defendant.
_____/

      () **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      (XX) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** that the case is DISMISSED with prejudice for failure to pay the filing fee.

Dated: 10/11/07                                              Richard W. Wieking, Clerk

                                                                                    By: R.B. Espinosa
                                                                                   Deputy Clerk